IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                                        CASE NO. 4:99-cr-40006

LANCE MAJOR MUNDELL                                                           DEFENDANT

# ORDER

Before the Court is Defendant's Motion for Transcripts at Public Expense. (ECF No. 68). Defendant argues that he is indigent and requests that the Court supply him with the following materials at no expense: a copy of all minute recorded records of file; a copy of the entire preliminary hearing transcript; a copy of the transcript from his arraignment; a copy of the jury trial transcript, including the *voir dire* examination of the jury; and copies of all other information and evidence presented in his case. Defendant does not cite a particular reason for the requested materials, and there are no other proceedings currently pending in Defendant's case.

"[E]ven if a defendant is indigent, and therefore eligible to proceed in *forma pauperis* ("IFP"), he is not automatically entitled to free copies of court documents for use in post-conviction proceedings." *United States v. Hodge*, No. CRIM. 12-7 RHK, 2013 WL 5467301, at *1 (D. Minn. Sept. 30, 2013) "There is no statutory authority under 28 U.S.C. § 1915, 28 U.S.C. § 753, or elsewhere, allowing the expenditure of government funds as an aid to impecunious persons exploring the possibility of post-conviction remedies." *U.S. v. Williams*, 2009 WL 2766902, Crim. No. 04-251(1) at *1 (D. Minn. Aug. 27, 2009) (quoting *Prince v. United States*,

1

312 F.2d 252, 253 (10th Cir. 1962 )(*per curiam*)).  "An indigent [criminal defendant] is not entitled to a transcript at government expense . . . merely to comb the record in the hope of discovering some flaw." *Culbert v. U.S.*, 325 F.2d 920, 922 (8th Cir. 1964).  Because Defendant has not shown a genuine need for any transcripts to support a specific claim in a pending proceeding, the Court finds that Defendant's motion (ECF No. 68) should be and hereby is **DENIED**.[1]

    **IT IS SO ORDERED**, this 25th day of October, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] If Defendant is willing to pay for the transcripts he is seeking, he may obtain them by contacting the court reporter who transcribed the hearing.  Defendant may obtain a quote for the cost of the transcripts he is seeking, and upon tendering the requisite payment, he will be able to obtain copies of the transcripts without any order from the Court.